```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

IN RE:                                        CASE NO. 22-00464-ESL
FELIX ORTIZ COLON
                                              CHAPTER 13
DEBTOR (S)

NOTICE OF CONTINUANCE OF
341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for

Wed Mar 30, 2022 at 10:40 am has been continued to

Wed Mar 30, 2022 at 10:40 am and the same will be conducted via Telephone/Video conference using Google Meet Platform. You can access the meeting:

**By Computer** - Please access the addres: https://meet.google.com and enter the Access Code: msh-rjzr-zsa

**By IPhone / IPAD or Android using Google Meet Application** - Please Access your application and enter the Access Code: msh-rjzr-zsa

**By Phone Please Dial: +1 787-333-6333**, Access Code: 8292933417495

IMPORTANT: You must call in at the exact date and time slot scheduled for your 341 meeting. Time slots are being notified in 15-minute increments. Do not call in advance of the specific time slot for the case.

In San Juan, Puerto Rico this, Wednesday, March 2, 2022.

I CERTIFY that on this same date I have mailed a true copy of

this notice to debtor, debtor's attorney and all parties in interest

as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR  00902-3884
Tel. (787) 977-3535 / Fax. (787) 977-3551

| 22-00464-ESL | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR  00726-0186 | FELIX ORTIZ COLON<br>211 CALLE EVARISTO HERNANDEZ<br>BO MOGOTE<br>CAYEY, PR  00736 |
|---|---|
| DATED: March 02, 2022 | CAROLINE MARTINEZ<br>OFFICE OF THE CHAPTER 13 TRUSTEE |