IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

FELIX ORTIZ COLON

xx-xx-5584

Debtor

CASE NO. 22-00464-ESL13

Chapter 13

FILED & ENTERED ON JUL/16/2026

ORDER

Debtor's reply to Chapter 13 trustee's motion requesting entry of order to compel (docket #69) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16 day of July, 2026.

Enrique S. Lamoutte
United States Bankruptcy Judge